# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>MONTSERRATH RAMOS,<br><br>               Defendant. | CASE NO. 12CR1453-WQH<br><br>JUDGMENT OF DISMISSAL |

FILED
12 MAY -8 PM 5:00
CLERK, U.S. DISTRICT C
SOUTHERN DISTRICT OF CALIF
BY: /s/ DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(iv) and (v)(II)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/3/12

                                       JAN M. ADLER
                                       U.S. Magistrate Judge